UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:  EAGLEEYE RADIOLOGY, INC.,               *

                                                                              Case No. 19-11807-KHK

                        Debtor.                            *      (Chapter 7)

*       *       *       *       *       *       *       *       *       *       *       *       *

**NOTICE OF APPEARANCE**

This Honorable Court will kindly take notice of the appearance of Gelber & Associates,

PLLC, more specifically, Jonathan S. Gelber, Esq., on behalf of creditor Toni Linda Bryant.

Respectfully submitted,

/s/ Jonathan S. Gelber, Esq.
 Jonathan S. Gelber, Esq. (VA Bar No. 23992)
 Gelber & Associates, PLLC
 201 Park Washington Court, First Floor
 Falls Church, Virginia 22046
 Telephone: 703-237-100
 Facsimile:  703-237-2775

Attorney for Toni Linda Bryant

1

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2019, true copies of the foregoing were served by ECF, upon the following:

EagleEye Radiology, Inc.
21525 Ridgetop Circle Suite 280
Sterling, VA  20166

Kevin M. O'Donnell
Henry &  O'Donnell, P.C
300 N. Washington St. Suite 204
Alexandria, VA 22314

Janet M. Meiburger
The Meiburger Law Firm, P.C
1493 Chain Bridge Rd. Suite 201
Mclean, VA 22101
Chapter 7 Trustee

/s/ Jonathan S. Gelber, Esq.

**Jonathan S. Gelber, Esq.**

2